IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRAYLON RAY COULTER,        ) | |
| )                            | |
| Plaintiff,           ) | |
| )                            | |
| v.                           ) | |
| )                            | |
| NFN HALE,                    ) | |
| )                            | |
| Defendant.           ) | Civil Action No. 3:22-CV-1110-C-BK |

### **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's motion to proceed *in forma pauperis* should be **DENIED** and his complaint should be **DISMISSED** unless, within twenty-one (21) days of this Court accepting the recommendation, Plaintiff pays the filing and administrative fees or submits a completed *in forma pauperis* application and certificate of trust account. Plaintiff has failed to file objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired—including six extra days allowed for normal mail time delays.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated therein, the Court **ORDERS** that Plaintiff's motion to proceed *in forma pauperis* should be **DENIED** and his complaint should be **DISMISSED** unless, within

twenty-one (21) days of this Order, Plaintiff pays the filing and administrative fees of $402.00 to the Clerk of Court or submits a completed *in forma pauperis* application and certificate of trust account.

Failure to comply will result in this civil action being dismissed under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated September 14, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE